**[87fd]** [FINAL DECREE]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re:                                          Case No. 8:10−bk−21324−CED
                                                Chapter 7


Elizabeth L. Jones
6736 Nells Way
Lakeland, FL 33813−3700




_____Debtor(s)_____/

### FINAL DECREE


The estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

− V John Brook is discharged as trustee of the estate of the above−named debtor and the bond as pertains to this case is cancelled;

− the Chapter 7 case of the above−named debtor is closed.

DONE AND ORDERED on December 7, 2010 .

_____
Caryl E. Delano
United States Bankruptcy Judge


*Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.